

United States District Court
Eastern District of California

| LESTER NEUFELD & SON |
| --- |

Plaintiff(s)

Case Number: | 1:26-CV-~~2530~~2308-KES-CDB |
| --- |

V.

| MELON CORP. |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Jason R. Klinowski _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Melon Corp. _____

On _____12/14/2018_____ (date), I was admitted to practice and presently in good standing in the _____Alabama Supreme_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____See attached exhibit A._____

_____

Date:_____06/09/26_____    Signature of Applicant: /s/ _____Jason R. Klinowski_____

**Pro Hac Vice Attorney**

Applicant's Name: Jason R. Klinowski

Law Firm Name: Klinowski Damiano LLP

Address: P.O. Box 43404

City: Birmingham    State: AL    Zip: 35243

Phone Number w/Area Code: (205) 644-8881

City and State of Residence: Birmingham, AL

Primary E-mail Address: jklinowski@aglawyer.com

Secondary E-mail Address: jvoight@aglawyer.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kathryn S. Diemer

Law Firm Name: Diemer & Wei LLP

Address: 55 S. Market St, Ste. 1420

City: San Jose    State: CA    Zip: 95113

Phone Number w/Area Code: (408) 971-6270    Bar # SBN 133977

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 15, 2026

_____
U.S. Magistrate Judge Christopher D. Baker